UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOSEPH FELTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Honorable Manish S. Shah |
| v. | ) | No. 1:14-cv-07493 |
| | ) | |
| DR. ANDREW DEFUNIAK, DR. | ) | |
| REENA PAUL MD, UNKNOWN JOHN | ) | |
| DOE NURSES, UNKNOWN JOHN DOE | ) | |
| DOCTORS, UNKNOWN JOHN DOE | ) | |
| MEDICAL PERSONELL, Individually, | ) | |
| and COOKCOUNTY | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**FOURTH AMENDED COMPLAINT AT LAW**

NOW COMES the Plaintiff, JOSEPH FELTON, by and through his attorneys, COGAN & POWER, P.C., and in support of his Fourth Amended Complaint against the Defendants, DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, UNKNOWN JOHN DOE DOCTORS, UNKNOWN JOHN DOE NURSES, UNKNOWN JOHN DOE MEDICAL PERSONELL, and COOK COUNTY, ILLINOIS; states as follows:

**COUNT I**
**SECTION 1983 DELIBERATE INDIFFERNCE TO MEDICAL CARE UNDER THE FOURTEENTH AMENDMENT**

1. This action is brought pursuant to the laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, JOSPEH FELTON accomplished by acts and/or omissions of the Defendants, DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL,

UNKNOWN JOHN DOE DOCTORS, UNKNOWN JOHN DOE NURSES, UNKNOWN JOHN DOE MEDICAL PERSONELL committed under color of law.

2. This Court has jurisdiction pursuant to 28 U.S.C. 1331 and 1343 as this matter involves issues of federal law.

3. The Plaintiff, JOSEPH FELTON, is a resident of the Cook County Jail, Cook County, State of Illinois.

4. The Defendants, DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, UNKNOWN JOHN DOE DOCTORS, UNKNOWN JOHN DOE NURSES, UNKNOWN JOHN DOE MEDICAL PERSONELL, were at all relevant times medical personnel who worked at Cook County Jail, employed by the Defendant, COOK COUNTY, and acting within the scope of their employment and under color of law.

5. On or around March 16, 2014, the Chicago police suspected that Joseph Felton was involved in the homicide of his wife in the State of Georgia.

6. On March 16, 2014, the Chicago Police initiated a car chase with Plaintiff, Joseph Felton, which led the parties to Harvey, Illinois.

7. Joseph Felton's vehicle was T-boned by the Chicago Police in the City of Harvey, State of Illinois.

8. Joseph Felton was then subsequently shot at by the Chicago Police after the Chicago Police had come into violent contact with the vehicle carrying Plaintiff Joseph Felton.

9. As a result of the Plaintiff's interaction with Chicago Police, Joseph Felton suffered multiple rib fractures and a surrounding pulmonary laceration, complex laceration of the left wrist with transection of multiple tendons, partial injury to flexor dig, and injury to ulnar nerves as a result of the motor vehicle collision initiated by the Chicago Police.

10. On March 16, 2014, Joseph Felton was rushed to Northwestern Hospital by ambulance for medical treatment of the aforesaid injuries.

11. On or around March 18, 2014, Joseph Felton underwent a debridement of his left forearm, tendon repair, and repairmen of the partial ulnar nerve laceration at Northwestern hospital.

12. On or around March 24, 2014, Joseph Felton was discharged to Cook County Jail, State of Illinois.

13. From April 2014 to the present, Joseph Felton has repeatedly complained to Defendants DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL and UNKNOWN JOHN DOE DOCTORS that he was not receiving adequate pain medication to address his excruciating pain in his arm, jaw, head, leg, and chest which was a byproduct of the motor vehicle crash initiated by the Chicago Police.

14. Defendants DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, and UNKNOWN JOHN DOE DOCTORS were personally aware of the Plaintiff's physical condition, his excruciating pain, as well as his oral and verbal complaints related to his physical condition and his pain. However, despite this knowledge, the Defendants continued to prescribe less powerful pain medication that did not adequately address the pain that the Plaintiff was experiencing.

15. In addition, starting in November of 2015 and for a period of a couple months, although the Plaintiff repeatedly requested his pain medication, Defendants UNKNOWN JOHN DOE NURSES and UNKNOWN JOHN DOE MEDICAL PERSONELL refused to administer prescribed by Defendants DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, and UNKNOWN JOHN DOE DOCTORS to the Plaintiff. Although the Plaintiff made Defendants

UNKNOWN JOHN DOE NURSES and UNKNOWN JOHN DOE MEDICAL PERSONELL personally aware that he was in excruciating pain and that the medication was prescribed by doctors, Defendants UNKNOWN JOHN DOE NURSES and UNKNOWN JOHN DOE MEDICAL PERSONELL continued to refuse to administer his medication to him.

16. Despite this knowledge, Defendants DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, UNKNOWN JOHN DOE DOCTORS, UNKNOWN JOHN DOE NURSES, UNKNOWN JOHN DOE MEDICAL PERSONELL refused to take reasonable steps to ensure that the Plaintiff received adequate pain medication to address his pain and physical condition, and thereby exhibited deliberate indifference and continue to exhibit deliberate indifference to his medical needs and his physical condition, all of which exacerbated his ability to heal from his underlying injuries and caused additional and unnecessary physical pain.

17. As a direct and proximate result of the Defendants' failure to provide adequate medical care to the Plaintiff, JOSPEH FELTON was and continues to be unlawfully subjected to an unreasonable risk of serious harm and has suffered damages.

18. At all relevant times the Defendants actions were willful and wanton.

**WHEREFORE**, the Plaintiff, JOPSPEH FELTON, prays for judgment against the Defendants, DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, UNKNOWN JOHN DOE DOCTORS, UNKNOWN JOHN DOE NURSES, UNKNOWN JOHN DOE MEDICAL PERSONELL for compensatory damages, punitive damages, attorneys' fees and costs.

## COUNT II
## 42 U.S.C. § 1983 *MONELL* CLAIM

1-18. The Plaintiff, JOSEPH FELTON, re-allege paragraphs 1-18 of Count I as paragraphs 1-18 of Count II as though fully set forth herein

4

19. Upon information or belief, Defendant COOK COUNTY has implemented a non-medical policy and/or custom at the Jail to refrain from providing detainees with adequate strength medication to alleviate their pain from medical ailments.

20. Upon information of belief, Defendant COOK COUNTY has knowledge that this policy and/or custom results in unnecessary pain and suffering to pre-trial detainees at the Jail.

21. In accordance with the non-medical policy and/or custom referred to above, jail officials knew that the Plaintiff was in substantial pain because of the inadequate strength of the medication that was prescribed and still rejected plaintiff's requests for stronger medication and hence refused to take any action to alleviate his pain.

22. As a result of the foregoing policy and/or custom, plaintiff has suffered and continues to suffer from gratuitous pain which resulted in deliberate indifference to the decedent's serious medical needs and has been deprived of rights secured by the Fourteenth Amendment to the Constitution of the United States.

**WHEREFORE**, the Plaintiff, JOSEPH FELTON, pray for judgment against the Defendant, COOK COUNTY, for fair and reasonable compensatory damages, reasonable punitive damages, plus attorneys' fees and costs.

## COUNT III— INDEMNIFICATION
## COOK COUNTY

1-22. The Plaintiff, JOSEPH FELTON, hereby re-alleges and incorporates his allegations of paragraphs 1-18 of Count I and his allegations of paragraphs 1-18 of Count II as if fully set forth in this count.

23. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

24. Defendants DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, UNKNOWN JOHN DOE DOCTORS, UNKNOWN JOHN DOE NURSES, UNKNOWN JOHN DOE MEDICAL PERSONELL at all relevant times were employees of the Defendant, COOK COUNTY, and acted within the scope of their employment in committing the misconduct described herein.

**WHEREFORE**, should Defendants DR. ANDREW DEFUNIAK, MD, DR. REENA PAUL, UNKNOWN JOHN DOE DOCTORS, UNKNOWN JOHN DOE NURSES, UNKNOWN JOHN DOE MEDICAL PERSONELL be found liable for the acts alleged above, Defendant COOK COUNTY would be liable to pay the Plaintiff any judgment obtained against said Defendant.

## JURY DEMAND

The Plaintiff, JOSEPH FELTON, hereby requests a trial by jury.

/s/Michael P. Cogan
One of the Attorneys for Plaintiff

Michael P. Cogan, Esq.
**COGAN & POWER, P.C.**
One East Wacker Drive, Suite 510
Chicago, Illinois 60601
(312) 477-2500
(312) 477-2501 (Fax)